FILED IN
COURT OF CRIMINAL APPEALS

April 1, 2015

ABEL ACOSTA, CLERK

PD-1076-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/1/2015 2:54:20 PM
Accepted 4/1/2015 3:01:26 PM
ABEL ACOSTA
CLERK

**RICARDO BELTRAN**

**v.**

**THE STATE OF TEXAS**

*Granted 4/1/15 PD-1076-14*

**IN THE TEXAS**

**COURT OF**

**CRIMINAL APPEALS**

## APPELLANT'S MOTION FOR LEAVE OF COURT TO FILE REPLY BRIEF

**TO THE HONORABLE JUDGES OF SAID COURT:**

**NOW COMES,** the Appellant, Ricardo Beltran, and submits this motion for leave of court to file reply brief and would show the following:

**I.**

Appellant filed a reply brief in the above-listed matter in this Court on March 31, 2015. Counsel neglected to file a motion for leave along with it.

**II.**

Appellant believes that his reply brief is exceptionally important in light of the State's long and puzzling brief. Appellant's reply brief both clarifies the State's brief for this Court and addresses the

unexpected arguments therein.

Accordingly, Appellant prays that this motion for leave of court to file reply brief be granted.

Respectfully submitted,


_____/s/ Robert N. Udashen_____
ROBERT N. UDASHEN, P.C.
Bar Card No. 01274700
rnu@sualaw.com


_____/s/ Brett Ordiway_____
BRETT ORDIWAY
Bar Card No. 24079086
bordiway@sualaw.com

SORRELS, UDASHEN & ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas 75201
(214)-468-8100 (office)
(214)-468-8104 (fax)

*Attorneys for Appellant*

## Certificate of Service

I, the undersigned, hereby certify that a true and correct copy of the foregoing Appellant's Motion for Leave of Court to File Reply Brief was electronically served to the Dallas County District Attorney's Office and the State Prosecuting Attorney on April 1, 2015.

/s/ Robert N. Udashen
ROBERT N. UDASHEN, P.C.